# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:16-cv-21894-UU

YAIGEL HERNANDEZ PESTANA,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER ON MAGISTRATE'S REPORT AND RECOMMENDATION

This Cause is before the Court upon the Movant's *pro se* Motion to Vacate Judgment pursuant to 28 U.S.C. § 2255 (the "Motion"). D.E.1.

THE COURT has considered the Motion and the pertinent portions of the record, and is otherwise fully advised in the premises.

This matter was referred to Magistrate Judge Patrick A. White, who, on June 1, 2017 issued a Report (the "Report") (D.E. 12) recommending that: (i) the Motion be denied; (ii) no certificate of appealability issue; and (iii) the case be closed. The Government timely filed objections to the Report which solely consisted of a request for the correction of two scrivener's errors contained in the Report.[1] D.E. 13. After being granted an extension of time to file objections, Movant also timely filed objections to the Report.[2] D.E. 16. *See LoConte v. Dugger*,

---

[1] The first correction is to Judge White's statement that Movant was sentenced for "conspiracy to possess with intent to distribute 500 grams or more of cocaine" on page 1 of the Report. The correct charges were for access device fraud and aggravated identity theft, as stated by the Report on page 3. Thus, the Government requests that page 1 be changed to reflect the correct charges. Second, the Report incorrectly stated on page 3 of the Report that Movant was charged with violations of 18 U.S.C. § 1029(A)(1). The correct statute is 18 U.S.C. § 1028A(a)(1). Accordingly, the Government requests that the statute referred to on page 3 be replaced with the correct statute.

[2] In his Objections, Defendant agreed with the Government's request for the correction of the two scrivener's errors. D.E. 16 at *1.

847 F.2d 145 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988) (holding that failure to file timely objections bars the parties from attacking factual findings on appeal).

Upon *de novo* review, the Court agrees with Magistrate Judge White's recommendation and concurs in all of his findings. Movant's Objections were either conclusory or addressed by the Report. Accordingly, it is

ORDERED AND ADJUDGED that the Report, D.E. 13, is RATIFIED, ADOPTED, and AFFIRMED. It is further

ORDERED AND ADJUDGED that the Government's Objections, D.E. 13, are SUSTAINED. It is further

ORDERED AND ADJUDGED that the Movant's Objections, D.E. 16, are OVERRULED. It is further

ORDERED AND ADJUDGED that no certificate of appealability issue. It is further

ORDERED AND ADJUDGED that this case is CLOSED.

DONE AND ORDERED in Chambers in Miami, Florida, this 27th__ day of June, 2017.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Yaigel Hernandez Pestana, *pro se*